Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff
    Kip Sides

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES,<br><br>    Plaintiff,<br>vs.<br><br>CISCO SYSTEMS INC., and<br>UNITED HEALTHCARE,<br><br>    Defendants.<br>_____/ | No. 15-cv-3893 PSG<br><br>**EX PARTE APPLICATION<br>TO EXTEND INITIAL CASE<br>MANAGEMENT CONFERENCE<br>AND ADR DEADLINES** |

    I, Laurence F. Padway, hereby declare under penalty of perjury that:

    1. I am the attorney for plaintiff.

    2. Plaintiff filed this action on August 26, 2015. The Court's Order of September 15, 2015 set the initial case management and ADR deadlines as follows:

    11/3/2015 Last day to:

        • meet and confer re: initial disclosures, early

        settlement, ADR process selection, and discovery plan

        • file ADR Certification signed by Parties and Counsel

        • file either Stipulation to ADR Process or Notice of

Ex Parte Application                          1

        Need for ADR Phone Conference

11/17/2015 Last day to:

- file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement

11/24/2015 Initial Case Management Conference at 10:00 AM

3. Defendant Cisco Systems Incorporated's answer is due on November 13, 2015. Counsel for plaintiff has spoken with Cisco Systems Incorporated's counsel and understands that they will be seeking additional time to file their answer.

4. Counsel for plaintiff has also spoken with defendant United Healthcare. They have not yet retained counsel but are currently in settlement negotiations with plaintiff.

5. Accordingly, plaintiff requests that the deadlines set forth in the Court's September 15, 2015 order be extended as follows:

12/18/2015 Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file ADR Certification signed by Parties and Counsel
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

1/5/2016 Last day to:

- file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement

Ex Parte Application        2

per Standing Order re Contents of Joint Case Management Statement

1/12/2016 Initial Case Management Conference at 10:00 AM

Executed this 5th day of November, 2015, at Alameda, California.

/s/ Laurence F. Padway
Laurence F. Padway

~~[Proposed]~~ ORDER

Good cause appearing, the initial case management conference and ADR deadlines are extended as follows:

12/18/2015 Last day to:

• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan

• file ADR Certification signed by Parties and Counsel

• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

1/5/2016 Last day to:

• file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement

1/12/2016 Initial Case Management Conference at 10:00 AM

_____
Honorable Paul Singh Grewal