✎ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Kip Sides

Plaintiff (s),

V.

Cicsco Systems Inc., and United Healthcare

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 5:15-cv-03893 RMW

Notice is hereby given that, subject to approval by the court,  United Healthcare                    substitutes
                                                                    (Party (s) Name)

Edward A. Stumpp and Rynicia L. Wilson            , State Bar No.  157682; 286878   as counsel of record in
                (Name of New Attorney)

place of  Katherine E. Hertel (SBN 208939).
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Sedgwick, LLP

Address:        801 S. Figeruoa St. 19ᵗʰ Floor, Los Angeles, CA 90017

Telephone:      (213) 426-6900                    Facsimile (877) 547-6580

E-Mail (Optional):   edward.stumpp@sedgwicklaw.com

I consent to the above substitution.

Date:      7/27/2017

/s/ Aimée T. Reed
United Healthcare

(Signature of Party (s))

I consent to being substituted.

Date:      7/27/2017

/s/ Katherine E. Hertel
United Healthcare

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:      7/27/2017

/s/ Edward A. Stumpp
                (Signature of New Attorney)
Sedgiwck, LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:          8/4/2016

*Ronald M. Whyte*

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com