IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES, | No. C 15-03893 WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO AMEND COMPLAINT** |
| CISCO SYSTEMS, INC. and UNITED HEALTHCARE, | |
| Defendants. | |

This action is a claim for benefits owed pursuant to ERISA. Following reassignment to the undersigned judge on November 3 (Dkt. No. 54), the parties filed a stipulation to allow plaintiff Kip Sides, proceeding pro se, to file a third amended complaint (Dkt. No. 55). Plaintiff shall file the third amended complaint by **NOVEMBER 14**. Defendants shall respond to the third amended complaint by **DECEMBER 12**. In the third amended complaint, plaintiff should plead his best case. No further requests to amend will be considered.

**IT IS SO ORDERED.**

Dated: November 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE