IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIP SIDES,

    Plaintiff,

  v.

CISCO SYSTEMS, INC., and UNITED HEALTHCARE,

    Defendants.

No. C 15-03893 WHA

**ORDER GRANTING PERMISSION FOR ELECTRONIC CASE FILING**

The Court has considered plaintiff Kip Sides's motion for permission to participate in electronic case filing (Dkt. No. 59). The motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 5, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE