**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIP SIDES,

        Plaintiff,

  v.

CISCO SYSTEMS, INC., and UNITED HEALTHCARE,

        Defendants.

                     /

No. C 15-03893 WHA

**ORDER OF RECUSAL**

     As stated on the record during the case management conference in the above-captioned matter, and notwithstanding the undersigned's sympathetic response to plaintiff's account of problems dealing with medical insurance, the undersigned is confident that he could fairly and impartially consider both sides in this matter (Dkt. No. 83 at 12:20–13:8). Nonetheless, given the particular circumstances, the undersigned invited defendants to bring a motion to recuse and indicated that such a motion would be well-received (*id.* at 12:14–12:19). Defendant UnitedHealthcare Insurance Company has done so (Dkt. No. 85). Accordingly, the undersigned recuses himself from this case and requests that it be reassigned pursuant to the Assignment Plan. All pending dates of case management conferences, motions, pretrial conferences and trial are hereby VACATED and will be reset by the newly assigned judge.

     **IT IS SO ORDERED.**

Dated:  December 30, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE