# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KIP SIDES,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN, et al.,<br><br>Defendants. | Case No. 5:17-CV-00273  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Haywood S. Gilliam to determine whether it is related to 3:15-cv-03893 HSG, Kip Sides v. Cisco Systems, Inc.

IT IS SO ORDERED.

Date:  January 23, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-00273 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES