1  SEDGWICK LLP
   EDWARD A. STUMPP, State Bar No. 157682
2  *edward.stumpp@sedgwicklaw.com*
   ROBERT C. BOHNER, State Bar No. 136641
3  *robert.bohner @sedgwicklaw.com*
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA  90017-5556
   Telephone: 213.426.6900
5  Facsimile: 877.547.6580

6  Attorneys for Defendant
   United Healthcare
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | KIP SIDES,                          | Case No 3:15-cv-03893-HSG

12 |         Plaintiffs,                 | **TELEPHONIC APPEARANCE REQUEST FOR CASE MANAGEMENT CONFERENCE BY DEFENDANT, UNITED HEALTHCARE AND ORDER**

13 |     v.

14 | CISCO SYSTEMS INC., and             |
   | UNITED HEALTHCARE,                  | Date:  October 10, 2017
15 |                                     | Time:  2:00 p.m.
   |         Defendants.                 | Place: Oakland Courthouse
16 |                                     |        1301 Clay Street
   |                                     |        Oakland, CA  94612
17

18

19      Defendant United HealthCare ("UHC") hereby submits this Request and Proposed Order

20 for leave from the Court to appear telephonically at the continued Case Management Conference.

21 Counsel for UHC, Edward A. Stumpp, is located in Los Angeles and is the trial attorney assigned

22 to this matter.  Mr. Stumpp has personally appeared before this Court for a prior Case

23 Management Conference and personally appeared for the Mandatory Settlement Conference on

24 May 26, 2017.  He is scheduled to appear before The Honorable Percy Anderson on October 10,

25 2017 at a case Management Conference (United States District Court Central District of California

26 Case No. 2:17-cv-04737-PA-SA) that was previously continued at the request of a co-defendant.

27      For his convenience and the benefit of United Healthcare Mr. Stumpp requests to appear

28 telephonically for the October 10, 2017 Management conference scheduled to take place in the

85421663v1                                   -1-

Sedgwick LLP

above listed matter at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612. Mr. Stumpp has advised parties that he seeks to appear telephonically and there are no objections.

DATED:  October 3, 2016                    SEDGWICK LLP


                                           By:    */s/ Edward A. Stumpp*
                                                  Edward A. Stumpp
                                                  Robert C. Bohner
                                                  Attorneys for Defendant
                                                  UNITED HEALTHCARE


                                  ORDER

      The above Request to appear telephonically is granted. Counsel Edward A. Stumpp may appear telephonically on behalf of United Healthcare for the October 10, 2017 Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

      IT IS SO ORDERED

Dated: <u>October 4, 2017</u>

                                           Hon. Haywood S. Gilliam, Jr.|
                                           U.S. District Judge

**TELEPHONIC APPEARANCE REQUEST FOR CASE MANAGEMENT CONFERENCE BY DEFENDANT, UNITED HEALTHCARE AND ORDER**