UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-03893-HSG<br><br>**ORDER**<br><br>Re: Dkt. No. 156 |

Pending before the Court is "Plaintiff's Motion for a Case Management Conference to Discuss Extending Time to Reply to File Response/Reply to Docket Number 155." Dkt. No. 156. The Court **DENIES** Plaintiff's motion, finding no good cause shown for extending the briefing schedule in this case by more than five months as Plaintiff requests. The Court **ORDERS** Defendants to produce the administrative record[1] to Plaintiff on or before Friday, July 6, 2018. To the extent the parties can agree on a targeted and reasonable extension justified by specific facts, *see* Dkt. No. 156 at 3 ("The Defendants were willing to jointly stipulate more time"), the Court will consider such a stipulated request.

**IT IS SO ORDERED.**

Dated: 7/2/2018

                                                   HAYWOOD S. GILLIAM, JR.
                                                   United States District Judge

---

[1] The "administrative record consists of the papers the insurer had when it denied the claim." *Montour v. Hartford Life & Acc. Ins. Co.*, 588 F.3d 623, 632 n.4 (9th Cir. 2009).