UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-03893-HSG<br><br>**ORDER** |

The Court **GRANTS** the parties' requested extension to produce the administrative record by Friday, July 13, 2018. *See* Dkt. No. 158 at 1. The Court will issue a further order on the parties' remaining requests. *See id.*

**IT IS SO ORDERED.**

Dated: 7/6/2018

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge