UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIP SIDES, | Case No. 15-cv-03893-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINES** |
| v. | Re: Dkt. No. 158 |
| CISCO SYSTEMS, INC., et al., | |
| Defendants. | |

Having reviewed the parties' stipulation, the Court **GRANTS** the parties' requested extension. The Court **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Rule 52 Cross-Motions | December 13, 2018 |
| Rule 52 Responses | January 7, 2019 |
| Bench Trial/Hearing on Rule 52 Motions | January 28, 2019, 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 7/11/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge