UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES,<br><br>        Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC., and UNITED HEALTHCARE<br><br>        Defendants. | Case No. 4:15-cv-03893-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BENCH TRIAL/MOTION HEARING AND CROSS-MOTIONS DEADLINES**<br><br>Complaint Filed: August 26, 2015 |

The Court, having reviewed the Parties' Joint Stipulation to Continue Bench Trial/Motion Hearing and Cross-Motion Deadlines, and good cause appearing, HEREBY ORDERS that all dates be continued as follows:

- Rule 52 Cross-Motion: February 1, 2019
- Rule 52 Responses: February 22, 2019
- Bench Trial/Hearing on Rule 52 Motions: March 14, 2019

**IT IS SO ORDERED.**

Dated: November 26, 2018

By: _____
Haywood S. Gilliam, Jr.
United States District Judge