UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES,<br><br>            Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC., and UNITED HEALTHCARE<br><br>            Defendants. | Case No. 4:15-cv-03893-HSG<br><br>**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NUMBER 176**<br><br>Complaint Filed: August 26, 2015 |

| | |
|---|---|
| 1 | The Court, having reviewed the Defendant UnitedHealthcare Insurance |
| 2 | Company's MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, |
| 3 | DOCKET NUMBER 176, and good cause appearing, HEREBY ORDERS that Docket |
| 4 | No. [176] be permanently deleted from the docket. |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: February 6, 2019. |

By: _/s/ Haywood S. Gilliam, Jr._
Haywood S. Gilliam, Jr.
United States District Judge