IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

KIP SIDES,
Plaintiff,

vs.

CISCO SYSTEMS, INC. and UNITED S
HEALTHCARE, MOTION HEARING
Defendants.
_____

No. 4:15-cv-03893-HSG

ORDER DENYING
PRESENTATION BY PLAINTIFF
USING THE COURTROOM AV
YSTEM FOR MARCH 14, 2019

Plaintiff may use the Audio Visual system available in the courtroom in the Motion Hearing. The Motion hearing is scheduled to take place **at 2:00 p.m.**, or as soon thereafter as the matter may be heard, before Honorable Judge Haywood S. Gilliam, Jr. in the United States District Court, Northern District California, located in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162.

    IT IS SO ORDERED.

Dated: 3/4/2019 .



_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE