IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

KIP SIDES,
Plaintiff,

vs.

CISCO SYSTEMS, INC. and UNITED S HEALTHCARE, MOTION HEARING
Defendants.
_____

No. 4:15-cv-03893-HSG

ORDER APPROVING
THE EXTENSION OF TIME FOR
THE PLAINTIFF'S RULE 52
RESPONSES

Good cause appearing, the Rule 52 Response filing dates by the plaintiff are extended to February 25, 2019 for the response (D191) to Cisco (D170), and February 26, 2019 for the response (D198) to UHIC (D174).

IT IS SO ORDERED.

Dated: March 04, 2019.

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Order to extend time for Plaintiff's Rule 52 Responses                Case No. 4:15-cv-03893-HSG