# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Kip Sides

Plaintiff (s),

V.

Cisco Systems, Inc., et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-03893-HSG

Notice is hereby given that, subject to approval by the court, __UnitedHealthcare Insurance Company__ substitutes
(Party (s) Name)

__Bryan S. Westerfeld__, State Bar No. __218253__ as counsel of record in
(Name of New Attorney)

place of __Robert Bohner and Edward Stumpp of Hinshaw & Culbertson LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Walraven & Westerfeld LLP |
| Address: | 20 Enterprise, Suite 310 |
| Telephone: | (949) 215-1990    Facsimile (949) 215-1999 |
| E-Mail (Optional): | bwesterfeld@walravenlaw.com |

I consent to the above substitution.

Date: 10/31/2018

(Signature of Party (s))

I consent to being substituted.

Date: 11/05/18

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/31/2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/12/2019

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]