UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP SIDES,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-03893-HSG<br><br>**JUDGMENT** |

    Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motions for Summary Judgment and Denying Plaintiff's Motion for Judgment,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 27th day of March, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.